Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−25060−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   James Oliver Hull
   1340 S. Orchard Road
   Vineland, NJ 08360

Social Security No.:
   xxx−xx−8843

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/18/18.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: October 18, 2018
JAN: cmf

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-25060-JNP
James Oliver Hull                                                     Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2            Date Rcvd: Oct 18, 2018
                              Form ID: 148             Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2018.
db          +James Oliver Hull,    1340 S. Orchard Road,    Vineland, NJ 08360-6240
cr          +Global Lending Services, LLC,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
517669420   +Collections and Recovery,    PO Box 35,    201 Tilton Rd,    Northfield, NJ 08225-1247
517669424    Diversified Consultants, Inc,    PO Box 1391,    Southgate, MI 48195-0391
517669430   +Endurance,    400 Skokie Blvd,    Suite 105,    Northbrook, IL 60062-7937
517669415    Farmers,   Foremost Insurance Company,    PO Box 31029,    Independence, OH 44131-0029
517669422   +Global Landing Services,    PO Box 10437,    Greenville, SC 29603-0437
517711136   +Global Lending Services LLC,    1200 Brookfield Blvd Ste 300,
             Greenville, South Carolina 29607-6583
517669426    Liberty Mutual Insurance,    PO Box 7500,    Dover, NH 03821-7500
517669411    Life Protect,    3509 Virginia Beach Blvd,    Virginia Beach, VA 23452-4421
517669427   +Millville Int and Specialty Med,    608 N High St,    Unit B,    Millville, NJ 08332-3025
517670594    North Shore Agency,    The Bradford Exchange,    PO Box 836,    Morton Grove IL 60053-0836
517669421   +Omnisure Group LLC,    205 W Wacker Drive,    15th Floor,    Chicago, IL 60606-1443
517669423    SpotLoan,    914 Chief Little Shell St NE,    Belcourt, ND 58316
517669416   +T-Mobile,    Amsher Collection Services, Inc,    4524 Southlake Parkway,    Suite 15,
             Birmingham, AL 35244-3271
517669412    The Bradford Exchange,    PO Box 836,    Morton Grove, IL 60053-0836
517669413    The Inquirer,    Retention Center,    PO Box 13718,    Philadelphia, PA 19101-3718
517669425    Verizon Agency,    PO Box 551268,    Jacksonville, FL 32255-1268

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Oct 18 2018 23:52:01     U.S. Attorney,    970 Broad St.,
             Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 18 2018 23:51:58      United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
             Newark, NJ 07102-5235
517725263    EDI: CAPITALONE.COM Oct 19 2018 03:23:00     Capital One Bank (USA), N.A.,    PO Box 71083,
             Charlotte, NC 28272-1083
517669414    EDI: CONVERGENT.COM Oct 19 2018 03:23:00     Convergent Outsourcing Inc,    PO Box 9004,
             Renton, WA 98057-9004
517669418    EDI: RCSFNBMARIN.COM Oct 19 2018 03:23:00     Credit One Bank,    PO Box 60500,
             City of Industry, CA 91716-0500
517669417    EDI: BLUESTEM Oct 19 2018 03:24:00     Fingerhut,    PO Box 166,    Newark, NJ 07101-0166
517749732    EDI: RESURGENT.COM Oct 19 2018 03:23:00     LVNV Funding, LLC its successors and assigns as,
             assignee of MHC Receivables, LLC and,    FNBM, LLC,    Resurgent Capital Services,
             PO Box 10587,    Greenville, SC 29603-0587
517669419    EDI: AMINFOFP.COM Oct 19 2018 03:23:00     Premier Bank,    PO Box 5519,
             Sioux Falls, SD 57117-5519
517752096   +EDI: JEFFERSONCAP.COM Oct 19 2018 03:23:00     Premier Bankcard, Llc,
             Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
517688859    EDI: Q3G.COM Oct 19 2018 03:24:00     Quantum3 Group LLC as agent for,    Sadino Funding LLC,
             PO Box 788,    Kirkland, WA 98083-0788
517694459   +EDI: AIS.COM Oct 19 2018 03:23:00     T Mobile/T-Mobile USA Inc,
             by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517669428   +EDI: USAA.COM Oct 19 2018 03:23:00     USAA,    9800 Fredericksburg Rd,
             San Antonio, TX 78288-0002
517669429    EDI: VERIZONCOMB.COM Oct 19 2018 03:23:00     Verizon,    PO Box 920041,    Dallas, TX 75392-0041
517784723   +EDI: AIS.COM Oct 19 2018 03:23:00     Verizon,    by American InfoSource as agent,
             4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 14

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2018                           Signature:  /s/Joseph Speetjens

```
District/off: 0312-1           User: admin              Page 2 of 2                  Date Rcvd: Oct 18, 2018
                               Form ID: 148             Total Noticed: 32
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor   Global Lending Services, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor   Global Lending Services, LLC rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 4
```